[Nos. 3358–2; 3192–2.   Division Two.   July 24, 1978.]

*In the Matter of the Marriage of* ENID MAY HENDERSON, *Respondent, and* THOMAS H. HENDERSON, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 47670, Willard A. Zellmer, J., entered January 27, 1978. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Johnson, J. Pro Tem.

[No. 2763–2.   Division Two.   July 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN D. ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67779, John W. Schumacher, J., entered January 14, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Andersen, JJ.

[No. 2964–2.   Division Two.   July 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LEO DeMELLO, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4701, Tyler C. Moffett, J., entered June 9, 1978. *Dismissed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.